UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN M. GLASSER, Regional
Director of the Seventh Region of the
National Relations Board, for and on behalf
of the NATIONAL LABOR RELATIONS
BOARD,                                           Case No. 10-13683

    Petitioner,                              Honorable Patrick J. Duggan

v.

COMAU, INC. AND COMAU
EMPLOYEES ASSOCIATION,

    Respondents.
_____/

**ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT THE RECORD AND MODIFY THE REMEDY IN PETITION FOR INJUNCTION UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT**

Presently before the Court is Petitioner's motion to supplement the record and modify the remedy sought in this action, filed November 18, 2010. Petitioner seeks to supplement the record with the National Labor Relations Board's ("NLRB's") November 5, 2010 Decision and Order in Case 7-CA-52106. In light of the NLRB's decision, Petitioner also seeks to modify the remedy it seeks. Petitioner indicates in its motion that Respondents do not oppose the motion; Respondents have not otherwise responded to the motion.

Accordingly, the Court grants Petitioner's motion to supplement the record with the NLRB's November 5, 2010 Decision and Order attached thereto and grants Petitioner's motion to modify the remedy in petition for injunction under Section 10(j) of the National

Labor Relations Act.

**SO ORDERED**.

DATE:  December 15, 2010                s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record