UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN M. GLASSER, Regional
Director of the Seventh Region of the
National Labor Relations Board, for
and on behalf of the NATIONAL
LABOR RELATIONS BOARD,

      Petitioner,

v.                                              Case No. 10-13683
                                              Honorable Patrick J. Duggan

COMAU, INC. and COMAU
EMPLOYEES ASSOCIATION,

      Respondents.
_____/

## **JUDGMENT**

On September 15, 2010, Stephen M. Glasser, as Regional Director of the Seventh Region of the National Labor Relations Board ("NLRB" or "Board"), filed a petition on behalf of Board, seeking interim injunctive relief pursuant to § 10(j) of the National Labor Relations Act ("NLRA"), 29 U.S.C. § 160(j). In an Opinion and Order issued on this date, the Court denied the petition.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the petition for injunctive relief is **DISMISSED WITH PREJUDICE**.

DATE: February 10, 2011

                                    s/PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record